IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

ADDIA MONIQUE WEBB  :  CHAPTER 13
  :
　　Debtor.  :  CASE NO.: 18-57254-JWC

**CERTIFICATE OF MANNER OF SERVICE PURSUANT TO
BANKRUPTCY RULE 7004**

　　This is to certify that I have this day served a copy of the Initial Chapter 13 Plan filed in the above styled case on May 14, 2018 (Doc. No. 13) by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

GM Financial
801 Cherry Street Ste 3500
Fort Worth, TX 76102

CSC of Cobb County Inc (Registered Agent GM Financial)
192 Anderson Street SE, Suite 125
Marietta, G 30060

DATED: June 12, 2018
_____/s_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE Suite 1700
Atlanta, GA 30339